IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SERGEI PORTNOY,
ELENA PORTNOY, et al.,

      Plaintiffs,                    No. CIV S-08-1366 FCD GGH PS

      vs.

CITY OF DAVIS, et al.,                    <u>ORDER</u>

      Defendants.

_____/

      Plaintiffs are proceeding in this action pro se and in forma pauperis. Presently before the court is an amended complaint, filed September 18, 2008. Plaintiffs have now corrected the errors of which they were informed by order of September 9, 2008. Good cause appearing, IT IS ORDERED that:

      1. The Clerk of the Court is directed to issue forthwith, and the U.S. Marshal is directed to serve within ninety days of the date of this order, all process pursuant to Fed. R. Civ. P. 4, including a copy of this court's status order, without prepayment of costs.

      2. The Clerk of the Court shall send plaintiff five USM-285 forms, one summons, a copy of the amended complaint, an appropriate form for consent to trial by a magistrate judge, and this court's status order.

1

3. Plaintiff is directed to supply the U.S. Marshal, within 15 days from the date this order is filed, all information needed by the Marshal to effect service of process. The court anticipates that, to effect service, the U.S. Marshal will require at least:

    a. One completed summons;

    b. One completed USM-285 form for each defendant;

    c. A copy of the endorsed filed amended complaint for each defendant, with an extra copy for the U.S. Marshal; and

    d. A copy of this court's status order for each defendant.

4. In the event the U.S. Marshal is unable, for any reason whatsoever, to effectuate service on any defendant within 90 days from the date of this order, the Marshal is directed to report that fact, and the reasons for it, to the undersigned.

5. The Clerk of the Court is directed to serve a copy of this order on the U.S. Marshal, 501 "I" Street, Sacramento, Ca., 95814, Tel. No. (916) 930-2030.

DATED: December 9, 2008

    /s/ Gregory G. Hollows

    _____
    GREGORY G. HOLLOWS,
    UNITED STATES MAGISTRATE JUDGE

GGH076:Portnoy1366.srv