UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SERGEI PORTNOY, and ELENA PORTNOY,

    Plaintiffs,

v.

CITY OF DAVIS, et. al.,

    Defendant.
_____/

Case No. 2:08-cv-1366 FCD GGH PS

**O R D E R**

Each of the parties in the above-captioned case have filed a "Consent to Proceed Before a United States Magistrate Judge". See 28 U.S.C. §636(a)(5) and (c). According to E.D. Cal. R. 73-305, both the district court judge assigned to the case and the magistrate judge must approve the reference to the magistrate judge.

The undersigned has reviewed the file herein and recommends that the above-captioned case be reassigned and referred to the magistrate judge for all further proceedings and entry of final judgment.

IT IS HEREBY ORDERED that the Clerk of the Court reassign this case to the Honorable Gregory G. Hollows. The parties shall please take note that all documents hereafter filed with the

Clerk of the Court shall bear case No. 2:08-cv-1366 GGH PS. All currently scheduled dates presently set before Judge Damrell are hereby **VACATED**.

DATED: April 17, 2009

                                      /s/ Frank C. Damrell, Jr.
                                      FRANK C. DAMRELL, JR.
                                      UNITED STATES DISTRICT JUDGE

    Having also reviewed the file, I accept reference of this case for all further proceedings and entry of final judgment.

DATED: April 23 , 2009

                                      /s/ Gregory G. Hollows
                                      UNITED STATES MAGISTRATE JUDGE

portnoy.con