IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SERGEI PORTNOY, et al.,

    Plaintiffs,                          No. CIV S-08-1366 FCD GGH PS

    vs.

CITY OF DAVIS, et al.,

    Defendants.                           ORDER

_____/

        Plaintiffs are proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983.[1] By order filed December 9, 2008, the United States Marshal was directed to serve process on defendants in this action, including defendant Narr. On January 28, 2009, the United States Marshal returned service unexecuted on defendant Narr because said individual is deceased. In light of the suggestion of Narr's death upon the record, the Clerk of the Court will be directed to serve a copy of the USM-285 form returned by the Marshal on plaintiffs together with a copy of this order. Service of said form will invoke the ninety day time limit for filing a motion for substitution pursuant to Federal Rule of Civil Procedure 25(a)(1).

/////

---

[1] The amended complaint also contains various state law claims.

1

Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court shall serve on plaintiffs forthwith a copy of the USM-285 form returned by the United States Marshal on January 28, 2009 together with this order.

DATED: May 6, 2009

/s/ Gregory G. Hollows

UNITED STATES MAGISTRATE JUDGE

GGH:076/Portnoy1366.death.wpd