IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SERGEI PORTNOY and ELENA PORTNOY,

        Plaintiff,                        No. CIV S-08-1366 GGH PS

      vs.

CITY OF DAVIS, et al.,              ORDER RE SETTLEMENT & DISPOSITION

        Defendants.

       Pursuant to the representations of counsel and the parties at a further Settlement Conference conducted in Chambers on November 10, 2009, the court has determined that the above-captioned case has settled.

       The court now orders that dispositional documents are to be filed not later than thirty (30) days from the date of this order.

       All hearing dates set in this matter are **VACATED.**

       <u>FAILURE TO COMPLY WITH THIS ORDER MAY BE GROUNDS FOR THE IMPOSITION OF SANCTIONS ON ANY AND ALL COUNSEL OR PARTIES WHO CONTRIBUTED TO THE VIOLATION OF THIS ORDER</u>.

       IT IS SO ORDERED.

       DATED: November 10, 2009.

                                                  EDMUND F. BRENNAN
                                                  UNITED STATES MAGISTRATE JUDGE