IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SERGEI PORTNOY, et al.,

     Plaintiffs,                                  No. CIV S-08-1366 GGH PS

     vs.

CITY OF DAVIS, et al.,

     Defendants.                         ORDER

_____/

        Before the court is a release and stipulation for dismissal with prejudice, submitted by the parties on November 17, 2009, after settlement of this action.  The court dismisses the case as requested by the parties, but with the following modifications.

        The stipulation improperly attempts to release claims on behalf of plaintiffs' minor children who are not parties to this action.  See Amended Complaint filed September 18, 2008.  Therefore, the stipulation is not adopted insofar as it references a compromise of any minors' claims – something the court has no authority to do in the absence of the children being parties of record.

        By the stipulation, plaintiff Sergei Portnoy attempts to settle any claims by his wife, Elena, through a Power of Attorney.  The parties have been informed that Sergei Portnoy may not represent his wife in this litigation, and that a "power of attorney" does not change that

1

fact. However, due to the fact that Ms. Portnoy has been deported, and is not likely to be present in this country for some time, the undersigned realizes that the settlement was designed to take into account her interests as well.

The court, therefore, will dismiss Elena Portnoy on other grounds, i.e., failure to prosecute. Ms. Portnoy failed to oppose summary judgment; she made no appearance at the summary judgment hearing. She failed to participate in the pretrial conference. She did not appear at settlement conference. Of course, this non-participation may well have resulted from her deportation to Georgia. Nevertheless, it is not likely that she would ever be able to appear in this lawsuit. Moreover, as observed above, the settlement of this action clearly intended to include her claims. For all these reasons, she is dismissed from this action with prejudice for failure to prosecute.

All other terms of the stipulation for dismissal with prejudice are incorporated into this order. The entire case is dismissed with prejudice.

IT IS SO ORDERED.

DATED: November 23, 2009

/s/ Gregory G. Hollows

UNITED STATES MAGISTRATE JUDGE

GGH:076/Portnoy1366.set.wpd